IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

In Re:

**HAROLD DURWOOD BRAND and**
**MARY LOUISE BRAND,**

    Debtors.                                                    Case No. 07-cv-311-DRH

**NANCY J. GARGULA,**

    Appellant,

v.

**HAROLD DURWOOD BRAND and**
**MARY LOUISE BRAND,**

    Appellees.

## ORDER

**HERNDON, District Judge:**

    In light of the Agreement for Dismissal of Appeal (Doc. 6), the Court hereby **ACKNOWLEDGES** the parties' intent to dismiss this appellate proceeding. Accordingly, pursuant to **Federal Rule of Bankruptcy Procedure 8001(c)(2)**, this matter is hereby **DISMISSED**.  The parties shall pay any court costs or fees that may be due.

    **IT IS SO ORDERED**.

    Signed this 8th day of June, 2007.

    /s/     David   RHerndon
**United States District Judge**